# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JUSTIN TRIPP,

        Plaintiff,

v.

CLARK COUNTY, *et al.*,

        Defendants.

Case No. 2:17-cv-01964-JCM-PAL

ORDER

Justin Tripp ("Plaintiff"), a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, filed an application to proceed *in forma pauperis*, and filed a motion for appointment of counsel. (ECF Nos. 1, 1-1, 4). The matter of the filing fee and appointment of counsel will be temporarily deferred. The court now turns to plaintiff's civil rights complaint pursuant to 28 U.S.C. § 1915A.

## I. LEAVE TO AMEND

It appears to the court that plaintiff's complaint is missing several pages. In plaintiff's letter to the court dated July 7, 2017, plaintiff states that his complaint is 23 pages long. (ECF No. 1-2 at 3). Plaintiff's complaint as docketed is only 18 pages long, and does not include a request for relief, which generally falls at the end of a complaint. (*See* ECF No. 1-1). Therefore, the court will give plaintiff leave to amend his complaint prior to screening.

If plaintiff chooses to file an amended complaint he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint

must be complete in itself. See *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that plaintiff wishes to pursue in this lawsuit. Moreover, plaintiff must file the amended complaint on this court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."[1]

The court notes that if plaintiff chooses to file an amended complaint curing the deficiencies, as outlined in this order, plaintiff shall file the amended complaint within thirty (30) days from the date of entry of this order. If plaintiff chooses not to file an amended complaint curing the stated deficiencies, this action shall be screened based on the original complaint docketed at ECF No. 1-1.

## II. CONCLUSION

It is therefore ordered that a decision on the application to proceed *in forma pauperis* (ECF No. 1) is deferred.

It is further ordered that a decision on the motion for appointment of counsel (ECF No. 4) is deferred.

It is further ordered that, if plaintiff chooses to file an amended complaint curing the deficiencies of his complaint, as outlined in this order, plaintiff shall file the amended complaint within thirty (30) days from the date of entry of this order.

It is further ordered that the clerk of the court shall send to plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). If plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

---

[1] If plaintiff so chooses, he may simply send the court a complete copy of his original complaint, with a new title page entitled "First Amended Complaint."

2

It is further ordered that if plaintiff chooses not to file a first amended complaint, the court will issue a separate screening order on the original complaint (ECF No. 1-1) as docketed.

DATED THIS July 23, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE