UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUSTIN L. TRIPP,

Plaintiff,

v.

CLARK COUNTY et al.,

Defendants.

Case No. 2:17-cv-01964-JCM-PAL

ORDER

**I.  DISCUSSION**

On July 23, 2018, the court granted plaintiff 30 days to file an amended complaint or to send the court a complete copy of his original complaint with a new title page entitled, "First Amended Complaint." (ECF No. 8 at 2). Plaintiff now files a motion to extend time to file a first amended complaint. (ECF No. 9). Plaintiff explains that his expected parole release date is on August 10, 2018, but explains that the U.S. marshals service will be picking him up due to his federal detainer in the western district of Washington. (*Id.* at 1-2). Plaintiff sent his legal papers to his mother for safekeeping until extradition is complete. (*Id.* at 2). Plaintiff seeks a 120-day extension to file his amended complaint. (*Id.*)

The court grants plaintiff's motion for an extension of time. (ECF No. 9). Plaintiff shall file his amended complaint on or before Friday, November 30, 2018. If plaintiff fails to file an amended complaint, the court will screen the original complaint (ECF No. 1-1) as docketed.

The court also denies plaintiff's motion for appointment of counsel (ECF No. 4) without prejudice at this time. Plaintiff may file a new motion for appointment of counsel when he submits an amended complaint.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 9) is granted. Plaintiff shall file his first amended complaint on or before Friday, November 30, 2018.

It is further ordered that, if plaintiff fails to file an amended complaint, the court will screen the original complaint (ECF No. 1-1) as docketed.

It is further ordered that the motion for appointment of counsel (ECF No. 4) is denied without prejudice.

DATED August 6, 2018.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE