UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUSTIN L. TRIPP,

Plaintiff

v.

CLARK COUNTY et al.,

Defendants

Case No. 2:17-cv-01964-JCM-PAL

ORDER

## I. DISCUSSION

Plaintiff seeks a 120-day extension of time to file his amended complaint due to his transfer into Federal Bureau of Prisons ("BOP") custody. (ECF No. 12 at 1). The court grants in part and denies in part the motion for extension of time. The court grants plaintiff until Thursday, January 31, 2019 to file his amended complaint. If plaintiff fails to file an amended complaint on or before Thursday, January 31, 2019, the court will screen plaintiff's original complaint (ECF No. 1-1) as submitted.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 12) is granted in part and denied in part.

It is further ordered that plaintiff shall file his first amended complaint on or before Thursday, January 31, 2019.

It is further ordered that, if plaintiff fails to timely file his first amended complaint, the court will screen plaintiff's original complaint (ECF No. 1-1) as submitted.

It is further ordered that the clerk of the court shall send to plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1).

///

///

///

It is further ordered that the court will not grant any further extensions of time to file plaintiff's first amended complaint.

DATED November 30, 2018.

_____
UNITED STATES DISTRICT JUDGE