UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUSTIN L. TRIPP,

    Plaintiff

v.

CLARK COUNTY et al.,

    Defendants

Case No. 2:17-cv-01964-JCM-BNW

ORDER

Presently before the court is the matter of *Tripp v. Clark County et al*, case no. 2:17-cv-01964-JCM-BNW.

On July 29, 2019, *pro se* plaintiff Justin Tripp ("plaintiff") filed an emergency motion to stay case. (ECF No. 83). The court has reviewed the motion and finds that emergency treatment of the motion is unwarranted. *See* LR 7-2 ("The court may determine whether any matter submitted as an 'emergency' is, in fact, an emergency.").

However, because the docketing system did not provide a response deadline, the court hereby orders the following briefing schedule: defendants shall have fourteen (14) days to file a response to plaintiff's motion. Thereafter, plaintiff shall have seven (7) days to file a reply, if any.

Accordingly,

IT IS SO ORDERED.

DATED July 30, 2019.

                                                             /s/ James C. Mahan
                                                        UNITED STATES DISTRICT JUDGE