UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN L. TRIPP, | Case No. 2:17-CV-1964 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Justin Tripp's ("plaintiff") motion to stay case. (ECF No. 83). Defendants filed responses, indicating that they did not oppose staying discovery but requested that the court also extend discovery deadlines. (ECF Nos. 86, 87).

Also before the court is plaintiff's motion to withdraw his motion to stay case. (ECF No. 90). Plaintiff originally requested discovery be stayed pending his transfer between correctional facilities. (ECF No. 83). His transfer is complete, and he no longer requires or requests a stay. (ECF No. 90).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to withdraw motion stay case (ECF No. 90) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to stay (ECF No. 83) be, and the same hereby is, WITHDRAWN.

DATED October 1, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**