# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-1964-JCM-BNW<br><br>**REFERRAL TO PRO BONO PROGRAM** |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Justin L. Tripp. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

IT IS HEREBY ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk of Court must forward this order to the Pro Bono Liaison.

DATED: December 2, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE