UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JUSTIN L. TRIPP, | Case No. 2:17-CV-1964 JCM (BNW) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY, et al., | |
| Defendant(s). | |

Presently before the court is defendants Michael Rose, Jacqulyn Schumaker, and Cesar Esparza's ("the LVMPD defendants") motion to extend dispositive motion deadline. (ECF No. 92). Plaintiff Justin L. Tripp ("plaintiff") filed a response (ECF No. 95). The LVMPD defendants did not file a reply, and the time to do so has passed.

Also before the court is the LVMPD defendants' second motion to extend dispositive motion deadline. (ECF No. 98). Plaintiff filed a response (ECF No. 104), to which the LVMPD defendants replied (ECF No. 106).

On December 2, 2019, Magistrate Judge Weksler entered an order addressing eleven motions. (ECF No. 110). Judge Weksler granted the LVMPD defendants' motion for an extension (ECF No. 70) and ordered the following discovery deadlines: "Discovery Deadline 5/30/2020; Motions to Amend Pleadings and Add Parties 3/1/2020; Expert Disclosures 3/31/2020; Rebuttal Expert Disclosures 4/30/2020; Dispositive Motions 6/29/2020; Pretrial Order 7/29/2020; and Interim Status Reports 3/31/2020." (ECF No. 110 at 15).

Consistent with Judge Weksler's order, the court grants the LVMPD defendants' second motion to extend dispositive motion deadline. (ECF No. 98). The LVMPD defendants' first motion to extend dispositive motion deadline is denied as moot. (ECF No. 92).

**James C. Mahan**
**U.S. District Judge**

1     The parties are ordered to file dispositive motions, if any, by June 29, 2020.

2     Accordingly,

3     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the LVMPD defendants' motion to extend dispositive motion deadline (ECF No. 92) be, and the same hereby is, DENIED as moot.

    IT IS FURTHER ORDERED that the LVMPD defendants' second motion to extend dispositive motion deadline (ECF No. 98) be, and the same hereby is, GRANTED.

    IT IS FURTHER ORDERED that the parties shall file their dispositive motions, if any, by June 29, 2020.

    DATED December 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -