1. Justin L. Tripp #40730-086
   Pro Se
2. FCI SHERIDAN
   P.O. BOX 5000
3. Sheridan, OR 97378

4.
                    UNITED STATES DISTRICT COURT
5.                        DISTRICT OF NEVADA

| | |
|---|---|
| 6. JUSTIN L. TRIPP,  Plaintiff, | * Case No.: 2:17-cv-01964-JCM-BNW |
| 7. vs. | * MOTION TO WITHDRAW PLAINTIFF'S MOTION SEEKING SANCTIONS FOR PERJURY |
| 8. CLARK COUNTY, ET. AL.,  Defendants. | * [EFC 112] |
| 9. | * |

10. ———————————

11. The Plaintiff had filed a Motion seeking Sanctions for Perjury based on

12. massive irregularities in the U.S. Mail system here at FCI Sheridan. The Plaintiff

13. has notified this Court in the past about the difficulties and virtual handicaps

14. he suffers by the mail policies here at this facility, and it seems that these

15. policies are creating situations where mail is being returned without notifying

16. the Plaintiff that mail had even been attempted.

17. Further, in Ms. Carrie Perrault's Declaration, she swears that she "[r]esent,

18. along with the rejected envelope, to Plaintiff..." had the Plaintiff received

19. this post-marked envelope, then he would have known that these Defendants had in

20. fact tried to effectuate service on said date, but because he never received this

21. envelope he was left to deduce that the defendants had just failed to file timely.

22. Ms. Perrault swears she re-sent the envelope that was originally rejected by the

23. B.O.P., this seems counter-intuitive as if it was rejected once and returned, then

24. surely they would not give this same envelope to the Plaintiff upon a remailing

25. of it, so the Plaintiff never saw this envelope, never knew it existed, so had

26. to go by only the facts that the Defendants had seemingly mailed the Motion to

27. join late. Harmeless error perhaps in hindsight.

Tripp accepts these Defendants explanation and as such withdraws his Motion seeking sanctions.

Tripp would like to note that indeed he has had problems with the mail here, that these problems are prevasive at this facility, and that they further affect some 1200 plus inmates housed here. With the recent referal to the Pro Bono Pilot Program, hopefully an Attorney will accept this case soon, and these issues will no longer pose any issue.

Dated this 15th day of December, 2019.

Respectfully,

Justin Tripp

IT IS HEREBY ORDERED that ECF No. 116 is GRANTED. IT IS FURTHER ORDERED that ECF No. 112 is Withdrawn.

**IT IS SO ORDERED**

DATED: 12/23/19

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

<u>CERTIFICATE OF SERVICE</u>

I certify, Justin L. Tripp Pro Se litigant, and that on the date below, I caused the foregoing: _Certificate of Service of Notice Motion to Withdraw Motion Seeking Sanctions has been filed_

to be served via First Class Mail addressed to the following:

UNITED STATES DISTRICT COURT
Office of the Clerk
333 Las Vegas BLVD. So. Rm. #1334
Las Vegas, NV 89101

CHAD C. COUCHOT
SCHUERING ZIMMERMAN & DOYLE
400 University Avenue
Sacramento, CA 95825

LYSSA S. ANDERSON
KAEMPHER CROWELL
1980 Festival Plaza Drive Suite 650
Las Vegas, NV 89135

Dated this _15_ day of _Dec._, 2019.

_/s/ Justin L. Tripp_
Justin L. Tripp

1.