1   LYSSA S. ANDERSON
Nevada Bar No. 5781
2   RYAN W. DANIELS
Nevada Bar No. 13094
3   KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4   Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
5   Fax:            (702) 796-7181
landerson@kcnvlaw.com
6   rdaniels@kcnvlaw.com

7   *Attorneys for Defendants*
*Michael Rose, Jacqulyn Schumaker,*
8   *Cesar Esparza, Robert Burleson,*
*Neldon Barrowes, Kevin Kegley,*
9   *Jeanette Dillon and Linda Buchanan*

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12   JUSTIN L. TRIPP,                          | CASE NO.:    2:17-cv-01964-JCM-BNW

13              Plaintiff,
     vs.
14                                              **REQUEST FOR WITHDRAWAL OF**
     CLARK COUNTY, et al.                       **LVMPD DEFENDANTS' MOTION TO**
                                                **COMPEL COMPLAINCE WITH**
15                                              **SUBPOENA FOR PRODUCTION OF**
              Defendants.                       **RECORDS TO NONPARTY SPRING**
16                                              **VALLEY HOSPITAL [ECF NO. 138]**

17

18

19          Defendants Michzael Rose, Jacqulyn Schumaker, Cesar Esparza, Rovert Burleson,

20   Neldon Barrowes, Jeanette Dillon and Linda Buchanan ("LVMPD Defendants"), by and through

21   their counsel, Kaempfer Crowell, request that their Motion to Compel Compliance with

22   Subpoena for Production of Records to NonParty Spring Valley Hospital [ECF No. 138] filed on

23   April 24, 2020 be withdrawn.

24   / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1    On May 1, 2020, NonParty Spring Valley Hospital provided LVMPD Defendants with

2  the records requested in its subpoena.   LVMPD Defendants no longer require this Court's

3  intervention and request that the telephonic hearing currently set for June 17, 2020 at 9:00 a.m.

4  before Magistrate Judge Brenda Weksler be vacated.

5    DATED this 1st day of May, 2020.

6                                               KAEMPFER CROWELL

7

8                                               By:  */s/ Lyssa S. Anderson*
                                                    LYSSA S. ANDERSON (Nevada Bar No. 5781)
                                                    RYAN W. DANIELS (Nevada Bar No. 13094)
9                                                   1980 Festival Plaza Drive, Suite 650
                                                    Las Vegas, Nevada  89135
**IT IS SO ORDERED**
10

                                                    *Attorneys for Defendants*
11 **DATED: May 04, 2020**                          *Michael Rose, Jacqulyn Schumaker*
                                                    *and Cesar Esparza*

12

13 

14 **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

15

16

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2547549_1.doc  6943.172

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **REQUEST FOR WITHDRAWAL OF LVMPD DEFENDANTS' MOTION TO COMPEL COMPLAINCE WITH SUBPOENA FOR PRODUCTION OF RECORDS TO NONPARTY SPRING VALLEY HOSPITAL [ECF NO. 138]** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Justin Tripp, #40730-086
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, Nevada 89060

***Plaintiff, Pro Se***

*(Via U.S., First Class Mail)*


Spring Valley Hospital
c/o Corporation Service Company
112 North Curry Street
Carson City, Nevada 89703

***Nonparty (subject of Motion to Compel)***

*(Via U.S., First Class Mail)*

Paul A. Cardinale
LAW OFFICES OF LAURIA, TOKUNAGA, GATES & LINN
601 S. Seventh St.
Las Vegas, NV  89101
LV Phone: (702) 387-8633
CA Phone: (916) 492-2000
Fax:  (916) 492-2500
Email: pcardinale@ltglaw.net

Kim Mandelbaum
MANDELBAUM ELLERTON & ASSOC.
2012 Hamilton Lane
Las Vegas, Nevada 89106
(702) 367-1234
Email: filing@memlaw.net

***Attorneys for Defendants NaphCare, Inc. Harry Duran, M.D., Eric Lopez, P.A. and Rachel Rudd***

DATED this 1st day of May, 2020.

 */s/ Bonnie Jacobs*
an employee of Kaempfer Crowell

2547549_1.doc  6943.172

Page 3 of 3