## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN L. TRIPP, | Case No. 2:17-cv-1964-JCM-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's motion for clarification of this Court's prior order allowing him to amend his complaint. (ECF No. 165.) Plaintiff writes that in the Court's prior order, it allowed Plaintiff to amend his complaint, including by adding defendants Clark County and Las Vegas Metropolitan Police Department (LVMPD). However, Plaintiff is unsure whether he needs serve these defendants, as they were previously dismissed from this case.

Plaintiff must serve all Defendants. Because Plaintiff is proceeding *in forma pauperis* in this case, he may seek the assistance of the U.S Marshals Service in effectuating service. Accordingly, the Court will order the Clerk of Court to send Plaintiff two blank USM-285 forms, along with a copy of this order. Plaintiff must fill out and furnish the U.S. Marshals Service with the required USM-285 forms.[1] On the forms, Plaintiff must fill in the Defendants' addresses.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for clarification (ECF No. 165) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff two blank copies of form USM-285.

---

[1] The U.S. Marshals Service is located at 333 South Las Vegas Boulevard, Suite 2058, Las Vegas, Nevada 89101.

**IT IS FURTHER ORDERED** that Plaintiff shall have until October 19, 2020 to furnish the U.S. Marshals Service with the required USM-285 forms.[2] On the forms, Plaintiff must fill in Defendants' addresses.

**IT IS FURTHER ORDERED** that the Clerk of Court must issue summonses, under seal, to defendants Clark County and Las Vegas Metropolitan Police department.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the sealed and issued summonses, and the operative complaint (ECF No. 147-1) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms from Plaintiff, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants Clark County and Las Vegas Metropolitan Police Department.

DATED: September 28, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[2] The U.S. Marshals Service is located at 333 South Las Vegas Boulevard, Suite 2058, Las Vegas, Nevada 89101.