Paul A. Cardinale, SBN 8394
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500
Email: pcardinale@ltglaw.net

**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV  89101
Tel: (702) 387-8633
Fax: (702) 387-8635

Attorneys for NAPHCARE, INC. an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as "SCHULTZ") in her individual capacity and RAYMOND MONDORA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>              Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, LAS VEGAS POLICE DEPARTMENT, OFFICER J. TORRES, OFFICER M. ROSE, JOHN DOE #1, NAPHCARE, INC., et al.<br><br>              Defendants. | Case No.: 2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

Pursuant to LR7-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request this Court extend the dispositive motion deadline in the above captioned case for ninety (90) days.

///

A. **DISCOVERY COMPLETED TO DATE:**
 1. Defendants' Interrogatories and Request for Production of Documents to Plaintiff and Plaintiff's Responses;
 2. Plaintiff's Interrogatories and Request for Production of Documents to Defendants and Defendants' Responses;
 3. Deposition of Plaintiff;
 4. Disclosure of Experts

B. **DISCOVERY REMAINING TO BE COMPLETED**

None – Discovery is closed at this time.

C. **REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

The parties have been diligent in completing discovery. There are several pending motions that are awaiting orders including whether the Court will permit Dr. Dean Yarbro to be served as a defendant and whether the Court will permit a court-appointed expert for Plaintiff. For these reasons, the parties are stipulating to extend the dispositive motion deadline. This stipulation is made in good faith without any intent to delay this matter.

D. **CURRENT DISCOVERY DEADLINES**

| | | |
|---|---|---|
| 1. | Close of Discovery | Closed |
| 2. | Last Day to Amend Pleadings or Add Parties | Closed |
| 3. | Initial Expert Designation | Closed |
| 4. | Dispositive Motions | December 28, 2020 |
| 5. | Pretrial Order | January 26, 2021 |

///
///
///
///
///
///
///

E. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

1. Close of Discovery:                                Closed
2. Last Day to Amend Pleadings and Add Parties:       Closed
3. Initial Expert Designation:                        Closed
4. Rebuttal Expert Designation:                       Closed
5. Last Day for Dispositive Motions:                  March 26, 2021
6. Pretrial Order                                     April 26, 2021

For the foregoing reasons, the parties respectfully request that the Court enter an Order adopting the 90-day extension for dispositive motions set forth in this Stipulation.

Dated:  December  4, 2020                          Dated:  December 4, 2020

**KAEMPFER CROWELL**                               **LAURIA TOKUNAGA GATES & LINN, LLP**

   /s/ Lyssa Anderson, Esq.                           /s/ Paul A. Cardinale, Esq.
By:_____              By:_____
   Lyssa Anderson, Esq.                              Paul A. Cardinale, Esq.
   Ryan Daniels, Esq.                                Attorney for Defendants
   Attorney for Defendant                            NAPHCARE, INC. an Alabama Corporation;
   Las Vegas Metro PD                                HARRY DURAN, M.D., in his individual
                                                     capacity; ERIC LOPEZ, P.A., in his individual
                                                     capacity; RACHEL SCHEIBLICH (formerly
                                                     known as "RUDD") in her individual
                                                     capacity; KENDRA MEYER (formerly known
                                                     as "SCHULTZ") in her individual capacity
                                                     and RAYMOND MONDORA

Dated:  December  4, 2020                          Dated: December 4, 2020

**HATFIELD & ASSOCIATES, LTD.**                    **DEPUTY DISTRICT ATTORNEY – CIVIL**

   /s/ Trevor J. Hatfield, Esq                        /s/ Jeffrey S. Rogan, Esq.
By:_____              By:_____
   Trevor J. Hatfield, Esq.                          Steven B. Wolfson, Esq.
   Ryan Daniels, Esq.                                Jeffrey S. Rogan, Esq.
   Attorney for Plaintiff                            Attorney for Defendant
   Justin L. Tripp                                   Clark County

# ORDER

**IT IS SO ORDERED** that the instant Stipulation to Extend Dispositive Motion Deadline is **GRANTED** and the discovery deadlines shall be amended as follows:

| | |
|---|---|
| Close of Discovery: | *Closed* |
| Last Day to Amend Pleadings and Add Parties: | *Closed* |
| Initial Expert Designation: | *Closed* |
| Rebuttal Expert Designation: | *Closed* |
| Last Day for Dispositive Motions: | March 26, 2021 |
| Joint Pre-Trial Order | April 26, 2021 |

**IT IS SO ORDERED**

**DATED:** 10:09 am, December 08, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

# Liesa M. Costa

| | |
|---|---|
| **From:** | Lyssa Anderson <landerson@kcnvlaw.com> |
| **Sent:** | Friday, December 4, 2020 4:49 PM |
| **To:** | Jeffrey Rogan |
| **Cc:** | Paul A. Cardinale; Freda Brazier; Trevor Hatfield; Liesa M. Costa |
| **Subject:** | Re: Justin Tripp v. Clark County, et al, Case No. 2:17-cv-01964-JCM-BNW |

You may add mine as well.

Best Regards,
Lyssa S. Anderson

> On Dec 4, 2020, at 4:21 PM, Jeffrey Rogan <Jeffrey.Rogan@clarkcountyda.com> wrote:
>
> Paul,
>
> You can attach my e-signature to the Stipulation.
>
> Jeff
>
> ---
>
> **From:** Paul A. Cardinale <pcardinale@ltglaw.net>
> **Sent:** Friday, December 4, 2020 4:01:35 PM
> **To:** Freda Brazier <freda@hatfieldlawassociates.com>; Lyssa Anderson <landerson@kcnvlaw.com>; Jeffrey Rogan <Jeffrey.Rogan@clarkcountyda.com>; Trevor Hatfield <thatfield@hatfieldlawassociates.com>
> **Cc:** Liesa M. Costa <lcosta@ltglaw.net>
> **Subject:** FW: Justin Tripp v. Clark County, et al, Case No. 2:17-cv-01964-JCM-BNW
>
> **CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**
>
> My apologies here is the revised one which includes a signature line for Jeff.
>
> <image001.jpg>          **Paul A. Cardinale**
>                          LAURIA TOKUNAGA GATES & LINN, LLP
>                          1755 Creekside Oaks Drive, Suite 240
>                          Sacramento, CA  95833
>                          Tel: (916) 492-2000
>                          Fax: (916) 492-2500
>                          Email: pcardinale@ltglaw.net
>
> Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451
>                   Tel: (775) 833-2017  Fax: (775) 833-2037
> Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101
>                   Tel: (702) 387-8633  Fax: (702) 387-8635

1

## Liesa M. Costa

| | |
|---|---|
| **From:** | Trevor Hatfield <thatfield@hatfieldlawassociates.com> |
| **Sent:** | Friday, December 4, 2020 4:13 PM |
| **To:** | Paul A. Cardinale |
| **Cc:** | Freda Brazier; Lyssa Anderson; jeffrey.rogan@clarkcountyda.com; Liesa M. Costa |
| **Subject:** | Re: FW: Justin Tripp v. Clark County, et al, Case No. 2:17-cv-01964-JCM-BNW |

Yes, I approve. You can e-sign for me. In re: DPSO, ordinarily the Discovery Orders for these cases are exempt from discovery plans so i just don't know why there is this deadline. Maybe due to an added party?


Trevor J. Hatfield, Esq.,
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469
thatfield@hatfieldlawassociates.com

This e-mail communication is a confidential attorney communication intended only for the person to whom it is addressed above. Any dissemination, distribution, or copying of this communication is strictly prohibited.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, you are hereby informed that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


On Fri, Dec 4, 2020 at 4:01 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

My apologies here is the revised one which includes a signature line for Jeff.

-

-



**Paul A. Cardinale**

LAURIA TOKUNAGA GATES & LINN, LLP

1755 Creekside Oaks Drive, Suite 240

Sacramento, CA  95833

Tel: (916) 492-2000

Fax: (916) 492-2500

Email: pcardinale@ltglaw.net

1

## Liesa M. Costa

| | |
|---|---|
| **From:** | Jeffrey Rogan <Jeffrey.Rogan@clarkcountyda.com> |
| **Sent:** | Friday, December 4, 2020 4:21 PM |
| **To:** | Paul A. Cardinale; Freda Brazier; Lyssa Anderson; Trevor Hatfield |
| **Cc:** | Liesa M. Costa |
| **Subject:** | Re: Justin Tripp v. Clark County, et al, Case No. 2:17-cv-01964-JCM-BNW |

Paul,

You can attach my e-signature to the Stipulation.

Jeff

---

**From:** Paul A. Cardinale <pcardinale@ltglaw.net>
**Sent:** Friday, December 4, 2020 4:01:35 PM
**To:** Freda Brazier <freda@hatfieldlawassociates.com>; Lyssa Anderson <landerson@kcnvlaw.com>; Jeffrey Rogan <Jeffrey.Rogan@clarkcountyda.com>; Trevor Hatfield <thatfield@hatfieldlawassociates.com>
**Cc:** Liesa M. Costa <lcosta@ltglaw.net>
**Subject:** FW: Justin Tripp v. Clark County, et al, Case No. 2:17-cv-01964-JCM-BNW

**CAUTION:** This email originated from an **External Source.** Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

My apologies here is the revised one which includes a signature line for Jeff.



**Paul A. Cardinale**
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA  95833
Tel: (916) 492-2000
Fax: (916) 492-2500
Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451
                  Tel: (775) 833-2017  Fax: (775) 833-2037
Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101
                  Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

---

**From:** Paul A. Cardinale
**Sent:** Friday, December 4, 2020 4:00 PM
**To:** Freda Brazier <freda@hatfieldlawassociates.com>; Lyssa Anderson <landerson@kcnvlaw.com>; jeffrey.rogan@clarkcountyda.com; Trevor Hatfield <thatfield@hatfieldlawassociates.com>

1