LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Michael Rose, Jacqulyn Schumaker,*
*Cesar Esparza, Robert Burleson,*
*Neldon Barrowes, Kevin Kegley,*
*Jeanette Dillon and Linda Buchanan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP, | CASE NO.: 2:17-cv-01964-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE [ECF No. 192]** |
| CLARK COUNTY, et al. | |
| Defendants. | (Second Request) |

Pursuant to LR 6-1 and LR 26-3, Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Michael Rose, Jacqulyn Schumaker, Cesar Esparza, Robert Burleson, Neldon Barrowes, Kevin Kegley, Jeanette Dillon and Linda Buchanan ("LVMPD Defendants"), Defendants, NaphCare, Inc. Harry Duran, M.D., Eric Lopez, P.A. and Rachel Rudd ("Naphcare Defendants") and Plaintiff, Justin L. Tripp ("Plaintiff") by and through their respective Counsel

hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of March 26, 2021 as the parties anticipate additional time is needed to prepare the Motions due to pending deadlines and hearings in other matters.

### A.  Discovery Completed to Date

All discovery in this case has been completed. The parties exchanged numerous Rule 26 Disclosures, exchanged and responded to written discovery (Interrogatories, Requests for Production of Documents and Requests for Admissions), served third-party Subpoenas, took the deposition of Plaintiff and disclosed expert reports. Discovery closed on August 28, 2020.

### B.  Discovery Remaining to be Completed

No further discovery is needed.

### C.  Reason for Request for Extension of Dispositive Motion Deadline

As stated above, Counsel has numerous other deadlines around the same time that the current dispositive motion deadline is set. As such, the parties are requesting this brief extension at this time.

### D.  Proposed Extended Deadline for Dispositive Motions

Accordingly, the parties respectfully request that this Court enter an order as follows:

(1) Dispositive Motions.

The parties request the current deadline of March 26, 2021 be extended to April 26, 2021.

The parties recognize that they are requesting the instant extension for filing dispositive motions within 21 days before the expiration of the dispositive motion deadline. *See* LR 26-3. Excusable neglect exists to permit granting the instant requested extension. In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the

danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993). In beginning to prepare dispositive motions, the parties realized that due to the complexity of the claims in this case, the number of individual Defendants named and the extensive discovery conducted; additional time is going to be needed to prepare the motions. This is especially true in light of other hearings, depositions and deadlines in other matters. Although the parties intended to file the motions by the current deadline, it has become evident that more time will be needed. Simply put, the parties did not know twenty-one (21) days ago that more time would be needed.

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, no party will be prejudiced. The extension will allow the parties the necessary time to prepare motions.

DATED this <u>18th</u> day of March, 2021.

| HATFIELD & ASSOCIATES, LTD. | KAEMPFER CROWELL |
|---|---|
| By: /s/ Trevor J. Hatfield<br>TREVOR J. HATFIELD (7373)<br>703 S. 8th Street<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff*** | By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON (5781)<br>RYAN W. DANIELS (13094)<br>KRISTOPHER J. KALKOWSKI (14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135<br><br>***Attorneys for Defendants Las Vegas Metropolitan Police Department, Michael Rose, Jacqulyn Schumaker, Cesar Esparza, Robert Burleson, Neldon Barrowes, Kevin Kegley, Jeanette Dillon and Linda Buchanan*** |

LAW OFFICES OF LAURIA,
TOKUNAGA, GATES & LINN

By: /s/ Paul A. Cardinale
    PAUL A. CARDINALE (6858)
    601 S. Seventh St.
    Las Vegas, NV 89101
    *Attorneys for Defendants NaphCare,
    Inc. Harry Duran, M.D., Eric Lopez,
    P.A. and Rachel Rudd*

ORDER

**IT IS SO ORDERED**

**DATED:** 4:22 pm, March 22, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**