TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>Defendants. | CASE NO: 2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' FOUR MOTIONS FOR SUMMARY JUDGMENT**<br>**(First Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on May 17, 2021, to July 16, 2021:

1. Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];

2. Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];

3. Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];

4. Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel is requesting a sixty (60) day extension of time up to and including July 16, 2021, to respond to all parties' Motions for Summary Judgment as Plaintiff is in prison, communication must be scheduled, and the volume of the motions. Defendant has courteously granted this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including July 16, 2021, to respond to Defendants' Motions for Summary Judgment [ECF #198], [ECF #199], [ECF #200] and [ECF #201].

DATED this 11th day of May, 2021

**HATFIELD & ASSOCIATES**

 /s/ Trevor J. Hatfield
By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel: (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

DATED this 11th day of May, 2021

**KAEMPFER CROWELL**

 /s/ Lyssa S. Anderson
By:_____
  LYSSA S. ANDERSON, ESQ. (SBN 5781)
  RYAN W. DANIELS, ESQ. (SBN 13094)
  1980 Festival Plaza Drive, Ste. 650
  Las Vegas, Nevada 89135
  Tel: (702) 792-7000
  Email: landerson@kcnvlaw.com
  Email: rdaniels@kcnvlaw.com
  *Attorneys for Defendant Cesar Esparza*

///

///

///

///

///

DATED this 11th day of May, 2021.

**LAURIA TOKUNAGA GATES & LINN, LLP**

By: */s/ Paul A. Cardinale*
  PAUL A. CARDINALE, ESQ. (SBN 8394)
  1755 Creekside Oaks Drive, Suite 240
  Sacramento, CA 95833
  Tel.: (916) 492-2000
  Email: pcardinale@ltglaw.net

**Southern Nevada Office:**
  601 South Seventh Street
  Las Vegas, NV 89101
  Tel.: (702) 387-8633

*Attorneys for NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as SCHULTZ") in her individual capacity, and RAYMOND MONDORA*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: May 13, 2021