TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN L. TRIPP, | CASE NO:  2:17-cv-01964-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | **(First Request)** |
| CLARK COUNTY, et al | |
| Defendants. | |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendants  NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as SCHULTZ") in her individual capacity, and RAYMOND MONDORA ("Defendants") by and through their counsel, the law firm of Lauria Tokunaga Gates & Linn, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (ECF #197) due on May 17, 2021, to July 16, 2021.

///

///

HATFIELD & ASSOCIATES, LTD.
703 S.8ᵗʰ Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

Good cause exists for this extension.  Plaintiff's counsel is requesting a sixty (60) day extension of time up to and including July 16, 2021, to respond to all parties' Motions for Summary Judgment as Plaintiff is in prison, communication must be scheduled, and the volume of the motions.

Defendants have courteously granted this extension of time for Plaintiff to file his Response.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1    Accordingly, Plaintiff shall have up to and including July 16, 2021, to respond to

2  Defendants' Motion for Summary Judgment (ECF #197).

3  DATED this 11th day of May, 2021

4  **HATFIELD & ASSOCIATES**                    **KAEMPFER CROWELL**

5     /s/ Trevor J. Hatfield                         /s/ Lyssa S. Anderson

6  By:_____              By:_____
      TREVOR J. HATFIELD, ESQ. (SBN 7373)     LYSSA S. ANDERSON, ESQ. (SBN 5781)
7     703 S. Eighth Street                      RYAN W. DANIELS, ESQ. (SBN 13094)
      Las Vegas, Nevada 89101                   1980 Festival Plaza Drive, Ste. 650
8     Tel:  (702) 388-4469                      Las Vegas, Nevada 89135
      Email: thatfield@hatfieldlawassociates.com  Tel:  (702) 792-7000
9     *Attorney for Plaintiff In Conjunction with*  Email:  landerson@kcnvlaw.com
      *Legal Aid Center of Southern Nevada Pro*  Email:  rdaniels@kcnvlaw.com
10    *Bono Project.*                           *Attorneys for Defendant Cesar Esparza*

11

12 **LAURIA TOKUNAGA GATES & LINN, LLP**

13
   By:___*/s/ Paul A. Cardinale*_____
14    PAUL A. CARDINALE, ESQ. (SBN 8394)
      1755 Creekside Oaks Drive, Suite 240
15    Sacramento, CA 95833
      Tel.:  (916) 492-2000
16    Email:  pcardinale@ltglaw.net

17
   **Southern Nevada Office:**
18    601 South Seventh Street
      Las Vegas, NV 89101
19    Tel.:  (702) 387-8633

20
   *Attorneys for NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his*
21 *individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH*
   *(formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as*
22 *SCHULTZ") in her individual capacity, and RAYMOND MONDORA*

23

24

25                              **ORDER**

26

27 **IT IS SO ORDERED:**

28                              _____
                                UNITED STATES DISTRICT COURT JUDGE
                                Dated:__ May 14, 2021 _____

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469