TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN L. TRIPP, | CASE NO:  2:17-cv-01964-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** (Second Request) |
| CLARK COUNTY, et al | |
| Defendants. | |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Lauria Tokunaga Gates & Linn, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on July 16, 2021, to October 14, 2021:

///

///

*HATFIELD & ASSOCIATES, LTD.*
*703 S.8ᵗʰ Street * Las Vegas, Nevada 89101*
*Telephone (702) 388-4469*

1.   Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];

2.   Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];

3.   Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];

4.   Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].

5.   NaphCare Defendants' Motion for Summary Judgment [ECF #197].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension.  Plaintiff's counsel is requesting a ninety (90) day extension of time up to and including October 14, 2021, to respond to all parties' Motions for Summary Judgment as Plaintiff is in prison, communication must be scheduled, and the volume of the motions.  Plaintiff has recently informed his counsel that he is being transferred to another Federal Prison but does not know when he will arrive and where he will be residing at this time. In addition, Plaintiff was not permitted to take his legal documents with him on the airplane. Therefore, Plaintiff's counsel will have to forward all of the legal documents to his new location when the information is available.  Defendants have courteously granted this extension of time

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including October

14, 2021, to respond to Defendants' Motions for Summary Judgment [ECF #198], [ECF #199],

[ECF #200], [ECF #201] and [ECF #197].

DATED this 9th day of July, 2021                          DATED this 9th day of July, 2021

**HATFIELD & ASSOCIATES**                               **KAEMPFER CROWELL**

  */s/ Trevor J. Hatfield*                        */s/ Lyssa S. Anderson*
By:_____          By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)       LYSSA S. ANDERSON, ESQ. (SBN 5781)
  703 S. Eighth Street                            RYAN W. DANIELS, ESQ. (SBN 13094)
  Las Vegas, Nevada 89101                         1980 Festival Plaza Drive, Ste. 650
  Tel: (702) 388-4469                             Las Vegas, Nevada 89135
  Email: thatfield@hatfieldlawassociates.com      Tel: (702) 792-7000
  *Attorney for Plaintiff In Conjunction with*    Email: landerson@kcnvlaw.com
  *Legal Aid Center of Southern Nevada Pro*       Email: rdaniels@kcnvlaw.com
  *Bono Project.*                                 *Attorneys for Defendants Cesar Esparza,*
                                *Michael Rose, Jacqulyn Schumaker, LVMPD*
                                *Sergeants'.*

///

///

///

///

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

DATED this 9th day of July, 2021.

**LAURIA TOKUNAGA GATES & LINN, LLP**

*/s/ Paul A. Cardinale*
By:_____
 PAUL A. CARDINALE, ESQ. (SBN 8394)
 1755 Creekside Oaks Drive, Suite 240
 Sacramento, CA 95833
 Tel.:  (916) 492-2000
 Email:  pcardinale@ltglaw.net

**Southern Nevada Office:**
 601 South Seventh Street
 Las Vegas, NV 89101
 Tel.:  (702) 387-8633

*Attorneys for NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as SCHULTZ") in her individual capacity, and RAYMOND MONDORA*

**ORDER**

**IT IS SO ORDERED:**
_____
UNITED STATES DISTRICT COURT JUDGE

Dated:_____July 16, 2021_____

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469