TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>Defendants. | CASE NO: 2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Third Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Lauria Tokunaga Gates & Linn, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on October 14, 2021, to December 13, 2021:

///

///

HATFIELD & ASSOCIATES, LTD.
703 S.8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1. Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];
2. Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];
3. Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];
4. Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].
5. NaphCare Defendants' Motion for Summary Judgment [ECF #197].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel is requesting a sixty (60) day extension of time up to and including December 13, 2021, to respond to all parties' Motions for Summary Judgment as Plaintiff is in prison, communication must be scheduled, and the volume of the motions. Plaintiff informed his counsel in July 2021 that he was being transferred to another Federal Prison but did not know when he would arrive and where he would be residing at that time. Plaintiff has been transported to several Federal Prison's since July 2021, each time having to deal with a twenty-one (21) day quarantine, but as of today, we have not been able to ascertain if he has arrived at his final destination.

In addition, Plaintiff was not permitted to take his legal documents with him in transit. Therefore, Plaintiff's counsel shall have to forward all of the legal documents to his new prison location once known. Defendants have courteously granted this extension of time for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including December 13, 2021, to

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

respond to Defendants' Motions for Summary Judgment [ECF #198], [ECF #199], [ECF #200], [ECF #201] and [ECF #197].

DATED this 8th day of October, 2021

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:________________________________
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

DATED this 8th day of October, 2021

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson*
By:________________________________
LYSSA S. ANDERSON, ESQ. (SBN 5781)
RYAN W. DANIELS, ESQ. (SBN 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
*Attorneys for Defendants Cesar Esparza, Michael Rose, Jacqulyn Schumaker, LVMPD Sergeants'.*

///

///

///

///

///

///

///

///

///

///

///

///



HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

DATED this 8th day of October, 2021.

**LAURIA TOKUNAGA GATES & LINN, LLP**

*/s/ Paul A. Cardinale*
By:______________________________
PAUL A. CARDINALE, ESQ. (SBN 8394)
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel.: (916) 492-2000
Email: pcardinale@ltglaw.net

**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV 89101
Tel.: (702) 387-8633

*Attorneys for NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as SCHULTZ") in her individual capacity, and RAYMOND MONDORA*

**ORDER**

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT COURT JUDGE

Dated: October 12, 2021