TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>Defendants. | CASE NO: 2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO LVMPD DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br>**(Fourth Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on December 13, 2021, to February 11, 2022:

1. Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];

2. Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];

3. Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];

4. Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' fourth request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel is requesting a sixty (60) day extension of time up to and including February 11, 2022, to respond to all parties' Motions for Summary Judgment as Plaintiff is incarcerated, communication must be scheduled, and the volume of the motions. Plaintiff informed his counsel in July 2021 that he was being transferred to another Federal Prison but did not know when he would arrive and where he would be residing at that time. Plaintiff has been transported to several Federal Prison's since July 2021, each time having to deal with a twenty-one (21) day quarantine. Our office was informed by Plaintiff on Friday, December 10, 2021, that he had arrived at his final destination approximately two weeks ago and was just released from quarantine.

In addition, Plaintiff was not permitted to take his legal documents with him in transit. Therefore, Plaintiff's counsel shall have to forward all the legal documents to his new prison location.

///
///
///
///
///
///
///
///

- 2 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

Defendants have courteously granted this extension of time for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including February 11, 2022, to respond to Defendants' Motions for Summary Judgment [ECF #198], [ECF #199], [ECF #200] and [ECF #201].

DATED this 13ʰ day of Decemer, 2021          DATED this 13th day of December, 2021

**HATFIELD & ASSOCIATES**                    **KAEMPFER CROWELL**

By: */s/ Trevor J. Hatfield*                 By: */s/ Lyssa A. Anderson*
  TREVOR J. HATFIELD, ESQ. (SBN 7373)          LYSSA S. ANDERSON, ESQ. (SBN 5781)
  703 S. Eighth Street                         RYAN W. DANIELS, ESQ. (SBN 13094)
  Las Vegas, Nevada 89101                      1980 Festival Plaza Drive, Ste. 650
  Tel:  (702) 388-4469                         Las Vegas, Nevada 89135
  Email: thatfield@hatfieldlawassociates.com   Tel:  (702) 792-7000
  *Attorney for Plaintiff In Conjunction with* Email:  landerson@kcnvlaw.com
  *Legal Aid Center of Southern Nevada Pro*    Email:  rdaniels@kcnvlaw.com
  *Bono Project.*                              *Attorneys for Defendants Cesar Esparza,*
                                               *Michael Rose, Jacqulyn Schumaker,LVMPD*
                                               *Sergeants.*

///

///

///

///

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 15, 2021