TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTIN L. TRIPP,

Plaintiff,

vs.

CLARK COUNTY, et al

Defendants.

CASE NO: 2:17-cv-01964-JCM-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO LVMPD DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**
**(Fifth Request)**

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, and hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on February 11, 2022, to March 14, 2022:

1. Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];
2. Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];
3. Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

4. Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' fifth request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel is requesting a thirty (30) day extension of time up to and including March 14, 2022 (as the thirtieth day is a Sunday), to respond to all parties' Motions for Summary Judgment as Plaintiff is incarcerated, communication must be scheduled, and the volume of the motions. Plaintiff was not permitted to take his legal documents with him in transit. Therefore, Plaintiff's counsel had to mail his legal documents to his new prison location. In addition, Plaintiff's counsel's staff was absent for nearly one month's time due to contracting Covid-19 and has only recently been back to work.

///

///

///

///

///

///

///

///

///

///

///

///

///

Defendants have courteously granted this extension of time for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including March 14, 2022, to respond to Defendants' Motions for Summary Judgment [ECF #198], [ECF #199], [ECF #200] and [ECF #201].

DATED this 11th day of February, 2022

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

DATED this 11th day of February, 2022

**KAEMPFER CROWELL**

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON, ESQ. (SBN 5781)
RYAN W. DANIELS, ESQ. (SBN 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
*Attorneys for Defendants Cesar Esparza, Michael Rose, Jacqulyn Schumaker, LVMPD Sergeants.*

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**ORDER**

**IT IS SO ORDERED:**

James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

Dated: February 11, 2022