TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>Defendants. | CASE NO: 2:17-cv-01964-JCM-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br>**(Fifth Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant Cesar Esparza, Defendant Las Vegas Metropolitan Police Department, Defendants Michael Rose and Jacqulyn Schumaker and Defendants LVMPD Sergeants' (hereinafter "LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Lauria Tokunaga Gates & Linn, LLP, and hereby stipulate and agree to extend the time for Plaintiff to Respond to the following Defendants' Motions for Summary Judgment, due on February 11, 2022, to March 14, 2022:

1. Defendant Cesar Esparza's Motion for Summary Judgment [ECF #198];

///

2. Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF #199];

3. Defendants Michael Rose's and Jacqulyn Schumaker's Motion for Summary Judgment [ECF #200];

4. Defendants' LVMPD Sergeants' Motion for Summary Judgment [ECF #201].

5. NaphCare Defendants' Motion for Summary Judgment [ECF #197].

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' fifth request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel is requesting a thirty (30) day extension of time up to and including March 14, 2022 (as the thirtieth day is a Sunday), to respond to all parties' Motions for Summary Judgment as Plaintiff is incarcerated, communication must be scheduled, and the volume of the motions. Plaintiff was not permitted to take his legal documents with him in transit. Therefore, Plaintiff's counsel had to mail his legal documents to his new prison location. In addition, Plaintiff's counsel's staff was absent for nearly one month's time due to contracting Covid-19 and has only recently been back to work.

Defendants have courteously granted this extension of time for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including March 14, 2022, to respond

///
///
///
///
///
///
///

to Defendants' Motions for Summary Judgment [ECF #197], [ECF #198], [ECF #199], [ECF #200] and [ECF #201].

DATED this 11th day of February, 2022

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

DATED this 11th day of February, 2022

**KAEMPFER CROWELL**

By: */s/ Lyssa S. Anderson*
  LYSSA S. ANDERSON, ESQ. (SBN 5781)
  RYAN W. DANIELS, ESQ. (SBN 13094)
  1980 Festival Plaza Drive, Ste. 650
  Las Vegas, Nevada 89135
  Email: landerson@kcnvlaw.com
  Email: rdaniels@kcnvlaw.com
  *Attorneys for Defendants Cesar Esparza, Michael Rose, Jacqulyn Schumaker, LVMPD Sergeants.*

DATED this 11th day of February, 2022

**LAURIA TOKUNAGA GATES & LINN, LLP**

By: */s/ Paul A. Cardinale*
  PAUL A. CARDINALE, ESQ. (SBN 8394)
  1755 Creekside Oaks Drive, Suite 240
  Sacramento, CA 95833
  Email: pcardinale@ltglaw.net
  **Southern Nevada Office:**
  601 South Seventh Street
  Las Vegas, NV 89101
  Tel.: (702) 387-8633
*Attorneys for NAPHCARE, INC., an Alabama Corporation; HARRY DURAN, M.D., in his individual capacity; ERIC LOPEZ, P.A., in his individual capacity; RACHEL SCHEIBLICH (formerly known as "RUDD") in her individual capacity; KENDRA MEYER (formerly known as SCHULTZ") in her individual capacity, and RAYMOND MONDORA*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: February 14, 2022