Paul A. Cardinale, State Bar No. 215812
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
***Southern Nevada Office:***
2965 South Jones Boulevard, Suite E1
Las Vegas, Nevada 89146
Telephone: (702) 342-8116

Attorney for Defendants
NAPHCARE, INC.; HARRY DURAN, M.D.; ERIC LOPEZ, P.A.; RACHEL SCHEIBLICH, formerly known as "RUDD;" KENDRA MEYER, formerly known as "SCHULTZ;" and RAYMOND MONDORA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, LAS VEGAS POLICE DEPARTMENT, OFFICER J. TORRES, OFFICER M. ROSE, JOHN DOE #1, NAPHCARE, INC. et al,<br><br>　　　　　　Defendants. | CASE NO.: 2:17-cv-01964-JCM-BNW<br><br>**NOTICE OF COMPLIANCE WITH LOCAL RULE IA 11-1(b)** |

　　Paul A. Cardinale, Esq. of Medical Defense Law Group, hereby provides notice of compliance with Local Rule IA 11-1(b) that the firm currently maintains offices in California and Nevada.

///

///

///

///

1

NOTICE OF COMPLIANCE WITH LOCAL RULE IA 11-1(b)

1  The current Nevada office address of Medical Defense Law Group is located at 2965 South Jones
2  Boulevard, Suite E1 Las Vegas, Nevada 89146; Telephone: (702) 342-8116.
3
4  DATED: May 28, 2022                    **LAURIA TOKUNAGA GATES & LINN, LLP**
5                                           */s/ Paul A. Cardinale*
6                                    By: _____
                                         Paul A. Cardinale, Esq.
7                                        Nevada Bar No. 8394
                                         Attorneys for NAPHCARE, INC.;
8                                        HARRY DURAN; M.D.; ERIC LOPEZ, P.A.;
                                         RACHEL SCHEIBLICH; KENDRA MEYER;
9                                        RAYMOND MONDORA
10
11                              **ORDER**
12  IT IS ORDERED that the Clerk of Court
    is kindly directed to update the address
13  and phone number listed on the docket
    for Paul A. Cardinale.
14
                              **IT IS SO ORDERED**
15                            **DATED:** 5:23 pm, May 31, 2022

16                            **BRENDA WEKSLER**
                              **UNITED STATES MAGISTRATE JUDGE**
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE OF COMPLIANCE WITH LOCAL RULE IA 11-1(b)

## CERTIFICATE OF SERVICE

I certify I am over the age of eighteen (18) and not a party to the within action; my business address is 3800 Watt Ave., Suite #245, Sacramento, CA 95821.  On May 28, 2022,  I served a true and correct copy of the foregoing, via the Court's CM/ECF Filing System:

**NOTICE OF COMPLIANCE WITH LOCAL RULE IA 11-1(b)**

as follows:

*For Plaintiff*
Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Email: thatfield@hatfieldlawassociates.com

*For Defendants Las Vegas Metro Police Department, Rose,*
*Esparza, Torres, Dillon, Kegley, Buchanan, Barrowes and Burleson*
Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite #650
Las Vegas, NV 89135
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com

*Co-Counsel For NaphCare, Inc.; Harry Duran, M.D.;*
*Eric Lopez, P.A.; Rachel Scheiblich, Kendra Meyer,*
*and Raymond Mondora*
Anthony D. Lauria (SBN: 4114)
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Email: alauria@ltglaw.net

          ___/s/ Paul A. Cardinale_____
           Medical Defense Law Group