LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Michael Rose, Jacqulyn Schumaker,*
*Cesar Esparza, Robert Burleson,*
*Neldon Barrowes, Kevin Kegley,*
*Jeanette Dillon and Linda Buchanan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN L. TRIPP, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, et al. <br><br> Defendants. | CASE NO.: 2:17-cv-01964-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST LVMPD DEFENDANTS, ONLY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department, Michael Rose, Jacqulyn Schumaker, Cesar Esparza, Robert Burleson, Neldon Barrowes, Kevin Kegley, Jeanette Dillon and Linda Buchanan (collectively "LVMPD Defendants"), by and through their counsel, Lyssa S. Anderson, Ryan W. Daniels and Kristopher J. Kalkowski from the law firm KAEMPFER CROWELL; and Plaintiff, Justin L.

1  Tripp ("Plaintiff"), by and through his counsel, Trevor J. Hatfield, from the law firm HATFIELD

2  & ASSOCIATES, LTD, that all of Plaintiff's claims against the LVMPD Defendants are hereby

3  dismissed with prejudice, with each party to bear their own attorney fees and costs.

4  DATED this 30th day of June, 2022.                DATED this 30th day of June, 2022.

5  KAEMPFER CROWELL                                  HATFIELD & ASSOCIATES, LTD.

6
   By:   */s/ Lyssa S. Anderson*                     By:   */s/ Trevor J. Hatfield*
7        LYSSA S. ANDERSON                                 TREVOR J. HATFIELD
         Nevada Bar No. 5781                               Nevada Bar No. 7373
8        RYAN W. DANIELS                                   703 S. Eighth Street
         Nevada Bar No. 13094                              Las Vegas, NV  89101
9        KRISTOPHER J. KALKOWSKI
         Nevada Bar No. 14892                              *Attorneys for Plaintiff*
10       1980 Festival Plaza Dr., Ste. 650
         Las Vegas, Nevada 89135

11       *Attorneys for Defendants*
         *Las Vegas Metropolitan Police*
12       *Department, Michael Rose,*
         *Jacqulyn Schumaker, Cesar*
13       *Esparza, Robert Burleson,*
         *Neldon Barrowes, Kevin Kegley,*
14       *Jeanette Dillon and Linda*
         *Buchanan*

15

16

17

18

19

20

21  / / /

22  / / /

23  / / /

24  / / /

DATED this 30th day of June, 2022.

MEDICAL DEFENSE LAW GROUP.

By:   */s/ Paul A. Cardinale*
PAUL A. CARDINALE
Nevada Bar No. 8394
3800 Watt Avenue, Ste. 245
Sacramento, CA 95821
**<u>Southern Nevada Office:</u>**
2965 South Jones Blvd., Ste. E1
Las Vegas, NV 89146

Anthony D. Lauria
Nevada Bar No. 4114
LAURIA, TOKUNAGA,
GATES & LINN
1755 Creekside Oaks Dr.,Ste. 240
Sacramento, CA 95833

***Attorneys for Defendants NaphCare, Inc., Harry Duran, M.D., Eric Lopez, P.A., Rachel Scheiblich (f/k/a Rudd), Kendra Meyer (f/k/a Schultz) and Raymond Mondora***

**ORDER**

IT IS SO ORDERED. July 5, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE