TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>Defendants. | CASE NO:  2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO NAPHCARE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #244)**<br>**(First Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Medical Defense Law Group, and hereby stipulate and agree to extend the time for Plaintiff to Respond to the NaphCare Defendants' Motion for Summary Judgment [ECF #244], due on October 14, 2022 to October 28, 2022.

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

HATFIELD & ASSOCIATES, LTD.
703  S.8ᵗʰ Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

Good cause exists for this extension.  Plaintiff's counsel is requesting a two (2) week extension of time up to and including October 28, 2022.  Plaintiff is incarcerated in F.C.I. Herlong, in Herlong, California and Plaintiff's Counsel has had difficulty communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.  In addition, settlement may be explored whereby the motion may be moot if settlement is reached.

Defendants have courteously granted this extension of time for Plaintiff to file his Response.  Accordingly, Plaintiff shall have up to and including October 28, 2022, to respond to NaphCare Defendants' Motion for Summary Judgment [ECF #244].

DATED this 12th day of October, 2022

**HATFIELD & ASSOCIATES, LTD.**

By: ___/s/ Trevor J. Hatfield___
    TREVOR J. HATFIELD, ESQ. (SBN 7373)
    703 S. Eighth Street
    Las Vegas, Nevada 89101
    Tel.:  (702) 388-4469
    Email: thatfield@hatfieldlawassociates.com
    *Attorney for Plaintiff In Conjunction with*
    *Legal Aid Center of Southern Nevada Pro*
    *Bono Project.*

DATED this ___th day of October, 2022

**MEDICAL DEFENSE LAW GROUP**

By: ___/s/ Paul A. Cardinale___
    PAUL A. CARDINALE, ESQ. (SBN 8394)
    3800 Watt Avenue, Suite 245
    Sacramento, CA 95821
    Email: paul.cardinale@med-defenselaw.com
    **Southern Nevada Office:**
    2965 South Jones Blvd., Suite E1
    Las Vegas, NV 89146
    Tel.:  (702) 342-8116
    *Attorneys for NAPHCARE Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:_October 14, 2022_____

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469