TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid*
*Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUSTIN L. TRIPP,

        Plaintiff,

      vs.

CLARK COUNTY, et al

        Defendants.

CASE NO:  2:17-cv-01964-JCM-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO NAPHCARE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #244)**
**(Second Request)**

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Medical Defense Law Group, and hereby stipulate and agree to extend the time for Plaintiff to Respond to the NaphCare Defendants' Motion for Summary Judgment [ECF #244], due on October 28, 2022 to October November 18, 2022.

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

HATFIELD & ASSOCIATES, LTD.
703 S.8ᵗʰ Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

Good cause exists for this extension.  Plaintiff is incarcerated in F.C.I. Herlong, in Herlong, California and Plaintiff's Counsel has had difficulty communicating with him.  Plaintiff's counsel is requesting an extension of time up to and including November 18, 2022, as Plaintiff requested authority from his incarcerated client to make an offer to resolve this case to Defendants and received that authority and made the offer to Defendants' counsel on October 19, 2022. Defendants responded to the offer on October 25, 2022 with a counteroffer that Plaintiff's counsel needs to convey to Plaintiff.  If accepted, the case would then resolve in the entirety whereby the motion may be made moot, but time is needed to convey the counteroffer to Plaintiff.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1   Defendants have courteously granted this extension of time for Plaintiff to file his

2   Response. Accordingly, Plaintiff shall have up to and including November 18, 2022, to respond

3   to NaphCare Defendants' Motion for Summary Judgment [ECF #244].

4   DATED this 26th day of October, 2022              DATED this 26th day of October, 2022

5

6   **HATFIELD & ASSOCIATES, LTD.**                   **MEDICAL DEFENSE LAW GROUP**

7   By:    _/s/ Trevor J. Hatfield_____        By:_____/s/ Paul A. Cardinale_____
        TREVOR J. HATFIELD, ESQ. (SBN 7373)           PAUL A. CARDINALE, ESQ. (SBN 8394)
8       703 S. Eighth Street                          3800 Watt Avenue, Suite 245
        Las Vegas, Nevada 89101                       Sacramento, CA 95821
9       Tel.: (702) 388-4469                          Email: paul.cardinale@med-defenselaw.com
        Email: thatfield@hatfieldlawassociates.com    **Southern Nevada Office:**
10      *Attorney for Plaintiff In Conjunction with*  2965 South Jones Blvd., Suite E1
        *Legal Aid Center of Southern Nevada Pro*     Las Vegas, NV 89146
11      *Bono Project.*                               Tel.: (702) 342-8116
                                                      *Attorneys for NAPHCARE Defendants*
12

13

14

15

16

17

18

19                                            **ORDER**

20  **IT IS SO ORDERED:**
                                              _____
21                                            UNITED STATES DISTRICT COURT JUDGE

22                                            Dated:_October 28, 2022_____

23

24

25

26

27

28

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469