TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid
Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN L. TRIPP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al<br><br>　　　　Defendants. | CASE NO: 2:17-cv-01964-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO NAPHCARE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #244)**<br>**(Third Request)** |

COMES NOW, Plaintiff Justin Tripp ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendant NaphCare, Inc., Defendant Harry Duran, M.D., Defendant Eric Lopez, P.A., Defendant Rachel Scheiblich, Defendant Kendra Meyer, and Defendant Raymond Mondora, (hereinafter "NaphCare Defendants"), by and through their counsel, the law firm of Medical Defense Law Group, and hereby stipulate and agree to extend the time for Plaintiff to Respond to the NaphCare Defendants' Motion for Summary Judgment [ECF #244], due on November 18, 2022 to December 2, 2022.

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

Good cause exists for this extension. Plaintiff is incarcerated in F.C.I. Herlong, in Herlong, California and Plaintiff's Counsel has had difficulty communicating with him. Plaintiff's counsel is requesting an extension of time up to and including December 2, 2022, as Plaintiff requested authority from his incarcerated client to make an offer to resolve this case to Defendants and received that authority and made the offer to Defendants' counsel on October 19, 2022. Defendants responded to the offer on October 25, 2022 with a counteroffer that Plaintiff's counsel needs to convey to Plaintiff.

Plaintiff's counsel continues to have difficulty communicating with Plaintiff as F.C.I. Herlong is experiencing a Level 3 Lockdown due to Covid. Inmates are not able to take phone calls or have access to a computer during the lockdown. If Defendants' offer is accepted, the case would then resolve in the entirety whereby the motion may be made moot, but time is needed to convey the counteroffer to Plaintiff.

///

///

///

///

///

///

///

///

///

///

///

///

///

Defendants have courteously granted this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including December 2, 2022, to respond to NaphCare Defendants' Motion for Summary Judgment [ECF #244].

DATED this 17th day of November, 2022

**HATFIELD & ASSOCIATES, LTD.**

By: */s/ Trevor J. Hatfield*
 TREVOR J. HATFIELD, ESQ. (SBN 7373)
 703 S. Eighth Street
 Las Vegas, Nevada 89101
 Tel.: (702) 388-4469
 Email: thatfield@hatfieldlawassociates.com
 *Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

DATED this 17th day of November, 2022

**MEDICAL DEFENSE LAW GROUP**

By: *Paul A. Cardinale*
PAUL A. CARDINALE, ESQ. (SBN 8394)
3800 Watt Avenue, Suite 245
Sacramento, California 95821
Tel.: (916) 244-9116
Email: paul.cardinale@med-defenselaw.com
**Southern Nevada Office:**
2965 South Jones Blvd., Suite E1
Las Vegas, NV 89146
Tel.: (702) 342-8116
*Attorneys for NAPHCARE Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: November 18, 2022